IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR 2 8 2008

CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES OF AMERICA    )
    )
VS.    )    CASE NO.:  3:08-CR-034-N (01)
    )
LAZARO JUAREZ-MEJIA    )

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
<u>CONCERNING PLEA OF GUILTY</u>**

After reviewing all relevant matters of record, including the Notice Regarding Entry of a Plea

of Guilty, the Consent of the defendant, and the Report and Recommendation Concerning Plea of

Guilty of the United States Magistrate Judge, and no objections thereto having been filed within ten

days of service in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the

opinion that the Report and Recommendation of the Magistrate Judge concerning the Plea of Guilty

is correct, and it is hereby accepted by the Court. Accordingly, the Court accepts the plea of guilty,

and Defendant is hereby adjudged guilty. Sentence will be imposed in accordance with the Court's

scheduling order.

SIGNED this 28 day of April, 2008.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE